Eli R. Greenstein (CA Bar No. 217945)
egreenstein@ktmc.com
KESSLER TOPAZ MELTZER & CHECK, LLP
One Sansome Street, Suite 1850
San Francisco, California 94104
Telephone: 415.400.3004
Facsimile: 415.400.3001

Attorneys for NorthPeak Wireless, LLC

*(Additional Counsel on Signature Page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Northpeak Wireless, LLC,**<br><br>            **Plaintiff,**<br><br>    v.<br><br>**Intel Corporation,**<br><br>            **Defendant.** | Case No. 3:15 cv 5273<br><br>**COMPLAINT**<br><br>-AND-<br><br>**RELATED PLEADINGS TO COMMENCE SEVERED ACTION** |

      Plaintiff NorthPeak Wireless, LLC ("NorthPeak") and Defendant Intel Corporation ("Intel") have jointly filed this Complaint and Related Pleadings to Commence Severed Action and state the following:

      1.    This action (the "Severed Action") is being filed pursuant to an order approving severance of certain claims in a previously-filed action in this Court, styled *NorthPeak Wireless, LLC v. 3COM Corp., et al.,* Case No. 3:09-cv-00602 SI (the "Remaining Action"). A copy of the order of severance (Dkt. 621 in the Remaining Action) is attached as Exhibit A hereto.

      2.    The above order of severance was entered based on a Stipulation of Noninfringement and for Severance of Claims Regarding Intel entered into by NorthPeak and

COMPLAINT AND RELATED PLEADINGS
TO COMMENCE SEVERED ACTION

Intel (Dkt. 614 in the Remaining Action). A copy of that stipulation is attached as Exhibit B hereto.

3.  As instructed in the order of severance, NorthPeak and Intel are filing in this Severed Action the pleadings they originally filed against each other in the Remaining Action. Accordingly, attached as Exhibit C hereto is a copy of Intel's Complaint in Intervention against NorthPeak; attached as Exhibit D hereto is a copy of Plaintiff NorthPeak Wireless, LLC's Answer and Counterclaim to Intervenor Intel Corporation's Complaint in Intervention; and attached as Exhibit E hereto is a copy of Intervenor Intel Corporation's Answer to Plaintiff NorthPeak Wireless, LLC's Counterclaim.

4.  NorthPeak and Intel incorporate and adopt their pleadings against the other for purposes of commencing this Severed Action pursuant to the order of severance by the Court.

DATED: November 18, 2015

**KESSLER TOPAZ MELTZER & CHECK, LLP**

By: s/ Eli Greenstein
Eli R. Greenstein # 217945)
One Sansome Street, Suite 1850
San Francisco, California 94104
Telephone: (415) 400-3004
Facsimile: (415) 400-3001

**KESSLER TOPAZ MELTZER & CHECK, LLP**

**PERKINS COIE LLP**

By: s/ Chad Campbell w/ permission
Chad S. Campbell (#258723)
Timothy J. Franks (#197645)
2901 North Central Avenue, Suite 2000
Phoenix, Arizona  85012-2788

Attorneys for Intel Corporation

COMPLAINT AND RELATED PLEADINGS
TO COMMENCE SEVERED ACTION            -2-

**CONSENT TO FILING PURSUANT TO GENERAL ORDER 45(X)**

The undersigned hereby attests that written concurrence in the filing of the **Complaint and Related Pleadings to Commence Severed Action** has been obtained from each of the parties listed in the signature block above.

Dated: November 18, 2015

                **/s/ Eli Greenstein**

                _____

                **Eli Greenstein**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was electronically filed in compliance with Local Rule CV-5 and served via the Court's electronic filing system on all counsel who have consented to electronic service on November 18, 2015.

                **/s/ Eli Greenstein**

                _____

                **Eli Greenstein**