Chad S. Campbell (SBN 258723)
Timothy J. Franks (SBN 197645)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
CSCampbell@perkinscoie.com
TFranks@perkinscoie.com
AMatz@perkinscoie.com
TBowen@perkinscoie.com

Nancy Cheng (SBN 280682)
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
NCheng@perkinscoie.com

Attorneys for Intel Corporation

*(Additional counsel on signature page)*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORTHPEAK WIRELESS, LLC, | Case No:   3:15-cv-5273 |
| Plaintiff, | **STIPULATION TO RELATE CASES UNDER CIVIL L.R. 3-12** |
| v. | |
| INTEL CORPORATION, | |
| Defendant. | |

Plaintiff NorthPeak Wireless, LLC ("NorthPeak") and Defendant Intel Corporation ("Intel") hereby stipulate as follows:

1. This action was filed pursuant to an order approving severance of certain claims in a previously-filed, pending action in this District, styled NorthPeak Wireless, LLC v. 3COM Corp., et al., Case No. 3:09-cv-00602 SI (the "Remaining Action").  A copy of the order of severance ("Severance Order," Dkt. 621 in the Remaining Action) is attached as Exhibit A.

2. Before issuing the Severance Order, on November 4, 2015, the Court held a

further case management conference in the Remaining Action. Following the conference, on November 5, 2015, the Court issued a minute entry ordering counsel for Intel and NorthPeak to "open a new case with the severed out claims, which will then be related back to Judge Illston." *See* Dkt. 620 in the Remaining Action, attached as Exhibit B.

3. Pursuant to the November 5, 2015, minute entry and to paragraph 3 of the Severance Order, the parties stipulate that this action is related to the Remaining Action within the meaning of Civil L.R. 3-12(c). Accordingly, the parties stipulate and jointly request that this action be assigned to the Honorable Susan Illston, who is presiding over the Remaining Action.

4. The parties also stipulate and jointly request that all documents docketed in the Remaining Action, from the initial Complaint (Dkt. 1 in the Remaining Action) up through and including the Severance Order (Dkt. 621 in the Remaining Action), should be deemed to be docketed in this action.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____          __11/24/15_____
                                          Date
Hon. _Susan Illston_____

STIPULATION TO RELATE CASES
CASE NO: 3:15-CV-5273

1

| | | |
|---|---|---|
|1| DATED:  November 19, 2015 | **PERKINS COIE LLP** |
|2| | By:  /s/ Chad S. Campbell |
|3| | Chad S. Campbell, (SBN 258723) |
| | | Timothy J. Franks, (SBN 197645) |
|4| | 2901 North Central Avenue, Suite 2000 |
| | | Phoenix, AZ  85012-2788 |
|5| | Tel:  602.351.8000 |
| | | Fax:  602.648.7000 |
|6| | cscampbell@perkinscoie.com |
| | | tfranks@perkinscoie.com |
|7| | |
| | | Nancy Cheng (SBN 280682) |
|8| | PERKINS COIE LLP |
| | | 3150 Porter Drive |
|9| | Palo Alto, CA  94304-1212 |
| | | Tel: 650.838.4300 |
|10| | Fax: 650.838.4350 |
| | | NCheng@perkinscoie.com |
|11| | |
| | | Attorneys for Intel Corporation |
|12| DATED:  November 19, 2015 | |
|13| | |
| | | By:/s/ Christian Hurt |
|14| | |
| | | **NIX, PATTERSON & ROACH, L.L.P.** |
|15| | DEREK T. GILLILAND (pro hac vice) |
| | | dgilliland@nixlawfirm.com |
|16| | EDWARD CHIN (pro hac vice) |
| | | edchin@me.com |
|17| | CHRISTIAN HURT (pro hac vice) |
| | | christianhurt@nixlawfirm.com |
|18| | KIRK VOSS (pro hac vice) |
| | | kirkvoss@me.com |
|19| | WINN CUTLER (pro hac vice) |
| | | winncutler@nixlawfirm.com |
|20| | ROSS LEONOUDAKIS (pro hac vice) |
| | | rossl@nixlawfirm.com |
|21| | 5215 N. O'Connor Blvd., Suite 1900 |
| | | Irving, TX  75039 |
|22| | Tel: 972.831.1188 |
| | | Fax: 972.444.0716 |

STIPULATION TO RELATE CASES
CASE NO: 3:15-CV-5273

2

1
2 – and –
3 **KESSLER TOPAZ MELTZER & CHECK, LLP**
4 ELI R. GREENSTEIN (SBN 217945)
egreenstein@ktmc.com
5 One Sansome Street, Suite 1850
San Francisco, CA  94104
6 Tel: 415.400.3004
Fax: 415.400.3001
7
Attorneys for Plaintiff NorthPeak Wireless, LLC
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

**CONSENT TO FILING PURSUANT TO GENERAL ORDER 45(X)**

The undersigned hereby attests that written concurrence in the filing of the **Stipulation to Relate Cases Under Civil L.R. 3-12** has been obtained from each of the parties listed in the signature block above.

Dated: November 19, 2015

                                          /s/ Aaron Matz_____

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was electronically filed in compliance with Local Rule CV-5 and served via the Court's electronic filing system on all counsel who have consented to electronic service on November 19, 2015.

                                          /s/ Indy Fitzgerald_____

128558357.1

CERTIFICATE OF SERVICE
CASE NO: 3:15-CV-5273

# Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHPEAK WIRELESS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>3COM CORPORATION, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:09-cv-00602 SI<br><br>**ORDER APPROVING STIPULATION OF NONINFRINGEMENT AND FOR SEVERANCE OF CLAIMS REGARDING INTEL**<br><br>Judge: The Honorable Susan Illston<br>Courtroom 10, 19th Floor |

Plaintiff NorthPeak Wireless, LLC ("NorthPeak") and Intervenor Intel Corporation ("Intel") have filed a Stipulation of Noninfringement and for Severance of Claims Regarding Intel, Docket No.614. The Court has reviewed the stipulation and finds good cause to approve it.

Accordingly, IT IS ORDERED that:

1. The claims for declaratory judgment relief against NorthPeak in Intel's Complaint in Intervention (Dkt. 339), the defenses and claims for affirmative relief against Intel in Plaintiff NorthPeak Wireless LLC's Answer and Counterclaim to Intervenor Intel Corporation's Complaint in Intervention (Dkt. 347), and all defenses in Intel's Answer to Plaintiff NorthPeak Wireless LLC's Counterclaim (Dkt. 373) are hereby severed (the "Severed Action");

2. Counsel shall file documents comprising the Severed Action as a new civil action, with a new cover sheet and filing fee;

3. Counsel shall file a stipulation that the newly-filed Severed Action is related to the pending action within the meaning of L.R. 3-12(c); and

4. The steps set out in paragraphs 18-21 of the Stipulation of Noninfringement and for Severance of Claims Regarding Intel are approved. Upon the docketing of the newly filed Severed Action, NorthPeak and Intel shall cooperate to implement those steps.

Dated: November 5, 2015.

_____
Honorable Susan Illston
U.S. District Court Judge

# Exhibit B

**Time: 15 minutes**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CIVIL PRETRIAL MINUTES

Date: 11/4/15

Case No.   C-09-0602 SI          Judge:   SUSAN ILLSTON

Title: NORTHPEAK WIRELESS  -v- 3COM CORP, ET AL.,

**Attorneys for Pltf: Edward Chin, Christian Hurt**
**Attorneys for Deft: see attached**

Deputy Clerk:  Tracy Kasamoto Court Reporter: n/a

### PROCEEDINGS

1)     Further Case Management Conference -HELD by phone

Order to be prepared by:  ( )Pltf    ( )Deft     ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   (  ) SUBMITTED
                                     PART

Case continued to __ for Further Case Management Conference

ORDERED AFTER HEARING:
The parties have agreed to sever claims and file a judgment on this case.  Counsel shall open a new case with the severed out claims, which will then be related back to Judge Illston.  Counsel shall prepare the order.

Defense Counsel:

Netgear: Ryan Smith
SMC Networks:
Sony Electronics/Sony Computer Ent.:William Dyer III
Link Systems/Zyxel Comm.: Duncan Palmatier
Acer/Gateway: Michael Ting
Toshiba America/Information Systems, Inc.: John Sethaus
Belkin Int'l: Kevin Murray
Epson America:
HP/3Com:Tom Daivs
Dell: Steven Heminger & Ryan Koppelman
Asus: Alfred Bismonte, JeremyDuggan
Viewsonic: Dana Herberholz
Buffalo USA: Russell Faegenburg
U.S. Robotics: David Bloch
Trendnet:
Fujitsu America: Daniel Hubin
Intel: Chad Campbell, Tyler Bowen, Aaron Matz


Matt Wade- client unknown